**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OCEAN REALTY PARTNERS LLC, | ) | |
| | ) | Case No. 21-11593-JEB |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Raymond C. Green Funding, LLC, interested party, and pursuant to Fed. R. Bankr .P. 9010 and 2002, Section 1109(b) of the Bankruptcy Code and Local Rule 9010-3(c), specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

Respectfully submitted,

**RAYMOND C. GREEN FUNDING, LLC,**

By its attorney,

*/s/ David J. Reier*
David J. Reier, BBO #546202
Arent Fox LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA  02199-8161
617-973-6145
Email:  david.reier@arentfox.com

## <u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing document was filed this 16th   day of November, 2021, through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ David J. Reier*
David J. Reier