*Jacs E. Bostwick*
Dated: 11/16/2021

Granted: the deadline is hereby extended to and including November 26, 2021.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re | ) | |
| | ) | Case No. 1:21-bk-11593-JEB |
| OCEAN REALTY PARTNERS, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |

## DEBTOR'S MOTION FOR AN ORDER ENLARGING TIME TO COMPLY WITH ALL REMAINING ASPECTS OF NOVEMBER 1, 2021 ORDER TO UPDATE [ECF No. 2]

To the Honorable JANET E. BOSTWICK, U.S. Bankruptcy Judge.

COMES NOW Debtor, Ocean Realty Partners, LLC (the "Debtor") by and through undersigned counsel and hereby moves this Honorable Court for an order enlarging time to comply with all remaining aspects of the November 1, 2021 Order to Update (ECF No. 2) up to and including November 26, 2021.

As grounds therefore and in support hereof, undersigned counsel states that he needs the additional time to gather additional information, including that requested of the principal of the Debtor and to review that information once so provided.

No prejudice shall befall any other party to the within proceedings if the instant motion is allowed.