

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  OCEAN REALTY PARTNERS LLC, Debtor | Ch. 11  21-11593-JEB |

### Order

**MATTER:**

#15 Motion filed by Assistant U.S. Trustee John Fitzgerald to Dismiss Case

Having reviewed the Motion and no objections having been filed, for the reasons set forth in the Motion, the Court finds that dismissal is in the best interests of creditors. The Motion is granted and the case is dismissed. The hearing scheduled for December 17, 2021, is canceled.

Dated: 12/16/2021

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge