United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 21-10025-jeb |
| Ocean Realty Partners LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: skeating | Page 1 of 1 |
| Date Rcvd: May 04, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ocean Realty Partners LLC, 268 Newbury St.,, Boston, MA 02116-2424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 06, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James P. Ehrhard | on behalf of Debtor Ocean Realty Partners LLC ehrhard@ehrhardlaw.com  cote@ehrhardlaw.com |
| Jennifer L. Conrad | on behalf of Creditor Todd Stamoulis jconrad@sederlaw.com |
| John Fitzgerald | USTPRegion01.BO.ECF@USDOJ.GOV |
| Neil Kreuzer | on behalf of Debtor Ocean Realty Partners LLC nkreuzer@aol.com |
| Paula R.C. Bachtell | on behalf of Assistant U.S. Trustee John Fitzgerald paula.bachtell@usdoj.gov |

TOTAL: 5



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>OCEAN REALTY PARTNERS LLC,<br>    Debtor | Ch. 11<br>21-10025-JEB |

### Order

**MATTER:**

#21 Motion filed by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7, or in the alternative, Dismiss Case

#25 Statement of No Opposition to Dismissal of Case with certificate of service filed by Debtor Ocean Realty Partners LLC Re: 21 Motion filed by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7

Having reviewed the Motion and the Debtor's Statement of No Opposition to Dismissal of Case, good cause being shown and no objections having been filed, the Motion is granted and this case is hereby dismissed. The hearing scheduled for May 4, 2021 is canceled.

Dated: 5/4/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge